UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

*Andres Bello*                    Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-    ( )( )
20 Mag 4714

Defendant *Andres Bello* hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

*AB – by DN*
___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

*AB – by DN*
___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


*Andres Bello by D. N.*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*[signature]*
Defendant's Counsel's Signature

*Andres Bello*
Print Defendant's Name

*Donna Newman*
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

May 7, 2020
Date

*Judith C. McCarthy*
U.S. District Judge/U.S. Magistrate Judge